UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SANDRA A. WARREN,

      Plaintiff,

v.

      Case No. 13-14341
      Hon. Gerald E. Rosen
      Magistrate Judge Charles E. Binder

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.
_____/

ORDER ADOPTING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on     January 26, 2015

PRESENT: Honorable Gerald E. Rosen
                Chief Judge, United States District Court

     On September 12, 2014, Magistrate Judge Charles E. Binder issued a Report and Recommendation ("R & R") recommending that the Court grant Plaintiff Sandra A. Warren's motion for summary judgment, deny the Defendant Commissioner of Social Security's motion for summary judgment, and remand this matter to the Defendant Commissioner for an award of Social Security disability insurance benefits. No objections have been filed to the R & R. Upon reviewing the R & R, the parties' underlying cross-motions for summary judgment, and the record as a whole, the Court concurs in the analysis of the Magistrate Judge, and adopts the R & R in its entirety.

Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's September 12, 2014 Report and Recommendation (docket #22) is ADOPTED as the opinion of this Court. IT IS FURTHER ORDERED, for the reasons stated in the R & R, that Plaintiff's February 10, 2014 motion for summary judgment (docket #15) is GRANTED, and that Defendant's May 27, 2014 motion for summary judgment (docket #20) is DENIED. In accordance with these rulings, this case will be remanded to the Defendant Commissioner for an award of Social Security disability insurance benefits to Plaintiff in an amount to be computed by the Commissioner.

        s/Gerald E. Rosen
        Chief Judge, United States District Court

Dated: January 26, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 26, 2015, by electronic and/or ordinary mail.

        s/Julie Owens
        Case Manager, (313) 234-5135